UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MARTEZ HUDSON, | : | Case No. 1:25-cv-506 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Kimberly A. Jolson |
| LORENZO, *et al*. | : | |
| Defendant(s). | : | |

## DEFICIENCY ORDER

Plaintiff, a prisoner at the Warren Correctional Institution, has filed a motion for leave to proceed *in forma pauperis* with respect to a civil rights complaint filed in this Court. (Doc. 1). Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)–(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees *and* a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2).

In this case, Plaintiff's motion for leave to proceed *in forma pauperis* is incomplete. First, the "Certificate" page of Plaintiff's Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form (page 8 of the form that is used in this Court) has not been completed and signed by the institutional cashier. And Plaintiff has failed to provide the Court with a certified copy of his trust fund account statement as required by the PLRA.

Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, including a signed "Certificate" page (page 8 of the form). The "Certificate" page must be completed and signed by the institutional cashier, **and** Plaintiff must provide a certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period **within thirty (30) days** of the date of this Order.

**If Plaintiff fails to comply with this Order, the Court shall dismiss his case for want of prosecution.** *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997). If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id*. Should Plaintiff need additional time to comply with this Order, he should file a motion for an extension of time.

The **CLERK OF COURT** is **DIRECTED** to provide Plaintiff with an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

The **CLERK OF COURT** is further **DIRECTED** to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.

**IT IS SO ORDERED.**

Date: July 28, 2025  /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE