UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Martez Hudson,

    Plaintiff,

       v.                                        Case No.   1:25cv506

Correctional Officer Lorenzo, et al.,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 31, 2025 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 9) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 9) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge:

1. Plaintiff's 42 U.S.C. § 1983 claims against Defendants for retaliation in violation of the First Amendment and deprivations of due process in violation of the Fourteenth Amendment is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

2. Plaintiff's state-law claim against Defendants for fraud is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

3. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997), overruled on other grounds, *Jones v. Bock,* 549 U.S. 199, 203 (2007); and

4. This dismissal shall count as a "strike" in accordance with the Prison Litigation Reform Act of 1995. 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

                                               s/Michael R. Barrett
                                               Michael R. Barrett, Judge
                                               United States District Court